AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMPSON, MYRON H. | US DISTRICT COURT/MIDDLE DISTRICT/AL | 05/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, SENIOR | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

ONE CHURCH STREET
MONTGOMERY, AL 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Legal Services Corporation of America | January 26-28, 2017 | Atlanta, Georgia | Speech | Transportation, meals, and hotel |
| 2. | Academy of Achievement | August 28-29, 2017 | Washington, DC | Meeting | Transportation, meals, and hotel |
| 3. | American College of Trial Lawyers | September 14-17, 2017 | Montréal, Canada | Speech | Transportation, meals, and hotel |
| 4. | Alabama Humanities Foundation | October 1-2, 2017 | Birmingham, Alabama | Speech and receive award | Transportation, meals, and hotel |
| 5. | Yale Law School | October 19-22, 2017 | New Haven, Connecticut | Speech and receive award | Transportation, meals, and hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMPSON, MYRON H. | 05/07/2018 |

| 6. | Birmingham Magic City Bar Association | November 16-17, 2017 | Birmingham, Alabama | Speech | Transportation, meals, and hotel |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (various accounts) | A | Interest | K | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 4. Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 5. CVS Health Corp. (CVS) | A | Dividend | | | Sold | 04/06/17 | J | | |
| 6. Fortis Inc Canada Ord CAD (FTS) | A | Dividend | J | T | Buy | 08/04/17 | J | | |
| 7. HD Supply Holdings Inc. (HDS) | | None | | | Sold | 06/07/17 | J | | |
| 8. Intuit DE (INTU) | | None | J | T | Buy | 03/03/17 | J | | |
| 9. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 10. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 11. Nike Inc. Cl B DE (NKE) | | None | | | Buy | 06/30/17 | J | | |
| 12. | | | | | Sold | 10/13/17 | J | | |
| 13. Pepsico, Inc. (PEP) | A | Dividend | J | T | | | | | |
| 14. RH DE (RH) | | None | | | Buy | 02/27/17 | J | | |
| 15. | | | | | Sold | 06/02/17 | J | B | |
| 16. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 17. Steelcase New Cl A D | A | Dividend | | | Sold | 08/04/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ultimate Software Group Inc | | None | | | Sold | 04/06/17 | J | | |
| 19. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 20. Visa Inc. Cl A (V) | A | Dividend | J | T | | | | | |
| 21. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 22. Western Alliance Bancorp DE (WAL) | | None | J | T | Buy | 06/15/17 | J | | |
| 23. Financial Sector SPDR Trust ETF | A | Dividend | J | T | | | | | |
| 24. Robo Global Robotics & Aut Index ETF (ROBO) | A | Dividend | J | T | Buy | 08/20/17 | J | | |
| 25. Vanguard Index Funds Vanguard Small Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 26. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 27. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 28. PIMCO RAE Fundamental Plus Fund Cl P (PIXPX) | A | Dividend | J | T | Sold (part) | 01/10/17 | J | | |
| 29. PIMCO Income Fund Cl P (PONPX) | A | Dividend | K | T | | | | | |
| 30. IRA #2 (H) | | | | | | | | | |
| 31. IShares U.S Healthcare ETF (IYH) | A | Dividend | J | T | | | | | |
| 32. IRA #3 (H) | | | | | | | | | |
| 33. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 34. Boeing Company (BA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Broadcom LTD (AVGO) | A | Dividend | J | T | | | | | |
| 36. CVS Health Corp. (CVS) | A | Dividend | | | Sold | 05/16/17 | J | | |
| 37. Foot Locker Inc.(FL) | A | Dividend | | | Sold | 05/15/17 | J | | |
| 38. Fortis Inc Canada Ord CAD (FTS) | A | Dividend | J | T | Buy | 08/04/17 | J | | |
| 39. HD Supply Holdings Inc (HDS) | | None | | | Sold | 06/07/17 | J | | |
| 40. Lockheed Martin Corp (LMT) | A | Dividend | J | T | | | | | |
| 41. Medical Properties Trust Inc, Reit (MPW) | A | Dividend | J | T | | | | | |
| 42. Nike Inc Cl B DE (NKE) | | None | | | Buy | 06/30/17 | J | | |
| 43. | | | | | Sold | 10/13/17 | J | | |
| 44. Nvidia (NVDA) | A | Dividend | J | T | Buy | 05/15/17 | J | | |
| 45. Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |
| 46. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 47. Steelcase New Cl A D | A | Dividend | | | Sold | 08/04/17 | J | | |
| 48. Ultimate Software Group Inc | | None | J | T | | | | | |
| 49. UnitedHealth Group Inc. (UNH) | A | Dividend | J | T | | | | | |
| 50. Visa Inc. Cl A (V) | A | Dividend | J | T | | | | | |
| 51. Walt Disney Co. (DIS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Western Alliance Bancorp (WAL) | | None | J | T | Buy | 06/15/17 | J | | |
| 53. Financial Sector SPDR Fund ETF (XLF) | A | Dividend | J | T | | | | | |
| 54. Powershares QQQ Trust ETF (QQQ) | A | Dividend | J | T | | | | | |
| 55. Robo Global Robotics & Aut Index ETF (ROBO) | A | Dividend | J | T | Buy | 10/20/17 | J | | |
| 56. Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 57. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 58. PIMCO Income Fund Cl P | A | Dividend | J | T | | | | | |
| 59. Royal BK Scotland Group PLC (RBSPRF) | A | Int./Div. | | | Redeemed | 09/05/17 | J | A | |
| 60. IRA #4 (H) | | | | | | | | | |
| 61. Gabelli Dividend & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 62. ESA #2 (H) | | | | | | | | | |
| 63. Blackrock Global Allocation Fund (MDLOX) | A | Dividend | J | T | | | | | |
| 64. Pimco RAE Fundamental Plus Fund Cl A (PIXAX) | A | Dividend | J | T | | | | | |
| 65. Brokerage Acct #1 (H) | | | | | | | | | |
| 66. UBS Bank USA Dep Acct (cash account) (Y) | | | | | | | | | |
| 67. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 68. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Berkshire Hathaway Inc New (BRKB) | | None | J | T | | | | | |
| 70. Boeing Company (BA) | A | Dividend | J | T | Sold (part) | 02/17/17 | J | | |
| 71. Broadcom LTD (AVGO) | A | Dividend | J | T | | | | | |
| 72. Foot Locker Inc. | | None | | | Sold | 02/17/17 | J | | |
| 73. Fortis Inc Canada Ord CAD (FTS) | A | Dividend | J | T | Buy | 08/04/17 | J | | |
| 74. GMS Inc DE (GMS) | | None | J | T | Buy | 09/05/17 | J | | |
| 75. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 76. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 77. Starbucks Corp (SBUX) (Y) | | | | | Sold (part) | 02/17/17 | J | | |
| 78. Steelcase New Cl A D | A | Dividend | | | Sold | 08/04/17 | J | | |
| 79. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 80. Visa Inc Cl A (V) | A | Dividend | J | T | | | | | |
| 81. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 82. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 83. Vanguard Sector Index Fund Vanguard Financials (VFH) | A | Dividend | J | T | | | | | |
| 84. Pimco RAE Fundamental Plus Fund Cl P (PIXPX) (Y) | | | | | Sold (part) | 03/07/17 | J | | |
| 85. Pimco Stockplus Small Fund Cl P (PCKPX) | A | Dividend | J | T | Sold (part) | 03/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Virtus Multi Sector Short Term Bond Fund (MFVPEI) | A | Dividend | | | Sold (part) | 01/13/17 | K | | |
| 87. | | | | | Sold | 02/17/17 | J | | |
| 88. Royal BK Scotland Group PLC (RBSPRF) | | None | | | Sold (part) | 02/17/17 | K | | |
| 89. | | | | | Sold | 03/06/17 | K | | |
| 90. Brokerage Account #2 (H) | | | | | | | | | |
| 91. IShares MSCI Singapore Capped ETF (EWS) | A | Dividend | J | T | | | | | |
| 92. Brokerage Account #3 (H) | | | | | | | | | |
| 93. IShares MSCI Germany ETF (EWG) | A | Dividend | J | T | | | | | |
| 94. Ford Motor Company Com New (F) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 77 and 84: Following reportable transactions, these items became unreportable via market conditions and unreportable transactions. (Y)

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MYRON H. THOMPSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544